**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br>  Plaintiff, <br> v. <br><br> EPSON AMERICA, INC., <br><br>  Defendant. | Case No.: 10-CV-03994-LHK <br><br> ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO VACATE CASE MANAGEMENT CONFERENCE |

On December 1, 2010, Plaintiff filed a notice stating that the parties have settled and requesting that the Case Management Conference currently set for January 26, 2010, be taken off calendar. Plaintiff's request is DENIED without prejudice. Once Plaintiff has filed a notice of dismissal, the Court will vacate the Case Management Conference.

**IT IS SO ORDERED.**

Dated: December 7, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03994-LHK
ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO VACATE CASE MANAGEMENT CONFERENCE